413 A.2d 1127

Trombetta, Appellant, v. Trombetta and Dunn.

Argued March 19, 1979.   Robert A. Davitch, for appellant;  Suzanne Noble and with her Walter I. Breslin, for appellees.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Order affirmed.

May 22, 1979

413 A.2d 1127

Commonwealth v. Fisher, Appellant.

Submitted March 12, 1979.   Dale E. Anstine, for appellant;  Gordon Roe, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.